

FILED

JUL 12 2017

At_____M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | |
| v. | ) | CAUSE NUMBER: 3:17CR63 |
| | ) | |
| JASON ANDERSON | ) | 18 U.S.C. § 922(g)(1) |

**THE GRAND JURY CHARGES:**

### COUNT 1

In or around March of 2017, in the Northern District of Indiana,

**JASON ANDERSON,**

defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms in and affecting interstate or foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

1. The allegations contained in Count One of the Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in Count One of the Indictment, the defendant, **JASON ANDERSON**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: a Taurus Model PT92AFS 9 millimeter pistol bearing serial number TCS65423, a Glock Model G22 .40 caliber pistol bearing serial number CAP304, a KelTec Model P11 9 millimeter pistol bearing serial number AA8T19, approximately 27 rounds of 9 millimeter ammunition, approximately 4 rounds of .40 caliber ammunition, and approximately 40 rounds of .22 caliber ammunition.

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Dated:   July 12, 2017

A True Bill:

s/ Foreperson
Grand Jury Foreperson

APPROVED BY:

CLIFFORD D. JOHNSON
ACTING UNITED STATES ATTORNEY

By:   s/ Molly E. Donnelly
Molly E. Donnelly
Assistant United States Attorney