UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I Certify that the foregoing is a true copy of the original on file in this court and cause.

ROBERT N. TRGOVICH, CLERK

By: s/RCovey

Date: 8/2/2017

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:17-CR-63 RLM |
| | ) | |
| JASON ANDERSON | ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   Sheriff
LaPorte County Jail
LaPorte, Indiana

United States Marshal
Northern District of Indiana
South Bend, Indiana

GREETINGS:

The Court being advised that this cause has been set for an initial appearance/arraignment on **August 10th, 2017 at 2:00 P.M.** (prevailing time) and that said defendant, **Jason Anderson (DOB: 12-XX-1978, SSN: XXX-XX-4299),** is in the lawful custody and control of the LaPorte County Jail, LaPorte, Indiana.

It is ORDERED and ADJUDGED that the Sheriff of the LaPorte County Jail be required and is hereby commanded to surrender the body of **Jason Anderson (DOB: 12-XX-1978, SSN: XXX-XX-4299),** to the United States Marshal for the Northern District of Indiana, or any duly authorized deputy, or any authorized Marshal, for the purpose of producing the body of the said defendant in the United States District Court for the Northern District of Indiana, Federal Building, 204 S. Main Street, South Bend, Indiana, on **August 10th, 2017 at 2:00 P.M.** (prevailing time) so that the said defendant may be present for further proceedings in a cause now pending against him in said Court and until completion of the cause thereafter to be turned over by the United States Marshal for the Northern District of Indiana to the custody of those persons at that time thereto entitled, under safe and secure conduct and have you then and there this Writ.

Dated:  August 1st, 2017

    s/Michael G. Gotsch, Sr
Hon. Michael G. Gotsch, Sr.
Magistrate Judge
United States District Court