AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JASON ANDERSON | ) | Case No.   3:17-cr-63 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

FILED

AUG 10 2017

Al _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

To:    Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    JASON ANDERSON                                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18:922(g)(1) Felon in possession of one or more firearms

Date:    07/12/2017

*Robert N Trgovich*

*Issuing officer's signature*

City and state:    South Bend, IN

Robert N. Trgovich, Clerk

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* 08/10/2017 |
| at *(city and state)*   LaPorte County, IN  . |
| Date:   08-10-17 |
| *Carlos Dawson*    *Arresting officer's signature* |
| Carlos Dawson   Deputy U.S. Marshal   *Printed name and title* |